United States District Court
Southern District of Texas
**ENTERED**
December 08, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JOE L. BUCKNER, JR. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-15-039 |
| | § | |
| CITIMORTGAGE, INC., and | § | |
| BARRETT DAFFIN FRAPPIER | § | |
| TURNER and ENGLE, LLP. | § | |

## FINAL JUDGMENT

On this day the Court granted the Motions to Dismiss of Defendants Citimortgage, Inc. and Barrett Daffin Frappier Turner and Engle .

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiff, Joe L. Buckner, Jr., **RECOVER NOTHING**; that all claims asserted against these Defendants by Plaintiff are **DISMISSED with prejudice**; and that each Party **SHALL** bear its own costs.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this _____8th_____ day of December, 2015.

_____
John R. Froeschner
United States Magistrate Judge